BENJAMIN BRINN, an Infant, by His Guardian ad Litem, HYMAN BRINN, and HYMAN BRINN, Appellants, v. J. I. KAGNO & Co., INC., Respondent, and Another, Defendant.— Action by the infant plaintiff to recover damages for personal injuries and by plaintiff Hyman Brinn, his father, to recover for medical expenses and loss of services. Appeal by the plaintiffs from judgment in their own favor on the ground of inadequacy, and from an order denying their motion to set aside the verdict. Judgment and order reversed on the facts and a new trial granted, costs to appellants to abide the event, unless within twenty days after entry of the order hereon the defendant stipulate to increase the verdict in favor of Benjamin Brinn to the sum of $1,500 and the verdict in favor of Hyman Brinn to the sum of $500; in which event the judgment, as so increased, is unanimously affirmed, and the appeal from the order dismissed, without costs. Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.

JOSEPH CADOGAN, Respondent, v. LUCKENBACH STEAMSHIP COMPANY, INC., Appellant.— On appeal by the defendant from a judgment awarding the plaintiff damages in the sum of $6,000 for personal injuries sustained by him while working as a member of the crew on one of the defendant's steamships, on the ground that the award was excessive, judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK on Complaint of MINNIE AZUS, Respondent, v. JACK ISICSON, Also Known as JACK ISAACSON, Appellant.— Order of filiation of the Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

FANNY DECKER, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment dismissing plaintiff's complaint at the close of her case on the grounds that she failed to serve a notice of claim and intention to sue within six months after the accident, and that she failed to commence the action within one year after the cause of action accrued, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.